IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM WENGERT, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHOEBE MINISTRIES, | : | No. 12-37 |
| Defendant. | : | |

### ORDER

AND NOW, this **19th** day of **October, 2012**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated October 19, 2012, it is hereby **ORDERED** that:

1. Defendant's motion (Document No. 11) is **GRANTED**.

2. Judgment is entered in favor of Defendant Phoebe Ministries and against Plaintiff Wengert.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

Berle M. Schiller, J.